THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMSEY MILTON, Appellant. [851 NYS2d 883]—

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Rivera, J.P., Lifson, Ritter and

Carni, JJ., concur. [*See* 11 Misc 3d 1073(A), 2006 NY Slip Op 50543(U) (2006).]